IT IS SO ORDERED.

Dated: 24 June, 2019 11:18 AM



JESSICA E. PRICE SMITH
UNITED STATES BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| In re: | Case No.: 19-11925 |
| **Saleem Muhammad AKA Robert Robinson** | Chapter 7 |
| | **Judge Jessica E. Price Smith** |
| | * * * * * * * * * * * * * * * * |
| Debtor(s). | **ORDER GRANTING MOTION FOR RELIEF FROM STAY AND ABANDONMENT (FIRST LIEN) (DOCKET NO. 18)** |
| | **2017 Dodge Journey VIN# 3C4PDCAB6HT559068** |

    This matter came to be considered on the Motion for Relief from Stay and Abandonment (the "Motion") filed by Bank of America, N.A. ("Creditor") (Docket 18). Creditor has alleged that good cause for granting the Motion exists, and that Saleem Muhammad AKA Robert Robinson ("Debtor"), the Chapter 7 Trustee, and all other necessary parties were served with the Motion and with notice of the hearing date of the Motion. No party filed a response or otherwise

19-017566_EJS1

appeared in opposition to the Motion, or all responses have been withdrawn. For these reasons, it is appropriate to grant the relief requested.

IT IS, THEREFORE, ORDERED that the Motion is granted. The automatic stay imposed by § 362 of the Bankruptcy Code is terminated with respect to the Creditor, its successors and assigns.

IT IS FURTHER ORDERED that the Chapter 7 Trustee is authorized and directed to abandon the property described as 2017 Dodge Journey, VIN# 3C4PDCAB6HT559068.

###

**SUBMITTED BY**:

/s/Stephen R. Franks
Stephen R. Franks (0075345)
Edward H. Cahill (0088985)
Adam B. Hall (0088234)
John R. Cummins (0036811)
Karina Velter (94781)
Sarah E. Barngrover (28840-64)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH 43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Stephen R. Franks.
Contact email is srfranks@manleydeas.com

Copies to:

  Office of U.S. Trustee, Northern District of Ohio, Party of Interest, (Registered address)@usdoj.gov

  Robert D. Barr, Chapter 7 Trustee, rbarr@dsb-law.com(notified by ecf)

  Steven Emery, Attorney for Saleem Muhammad AKA Robert Robinson, semery@ohiolegalclinic.com(notified by ecf)

Saleem Muhammad AKA Robert Robinson, PO Box 28534, Cleveland, OH  44128
(notified by regular US Mail)

Saleem Muhammad, 15318 Judson Dr, Cleveland, OH  44128
(notified by regular US Mail)