```
                         United States Bankruptcy Court
                          Northern District of Ohio
In re:                                                       Case No. 19-11925-jps
Saleem Muhammad                                              Chapter 7
         Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0647-1          User: athre              Page 1 of 1            Date Rcvd: Jun 25, 2019
                              Form ID: pdf853          Total Noticed: 3
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 27, 2019.
```
db             +Saleem Muhammad,    PO Box 28534,    Cleveland, OH 44128-0534
               +Saleem Muhammad,    15318 Judson Dr.,    Cleveland, OH 44128-1959
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 25 2019 23:29:51
                PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                             TOTAL: 1

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Bank of America, NA
cr              Quicken Loans Inc
*              +Saleem Muhammad,    PO Box 28534,    Cleveland, OH 44128-0534
                                                                                   TOTALS: 2, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2019 at the address(es) listed below:
```
              Edward J. Boll, III    on behalf of Creditor   Quicken Loans Inc nohbk@lsrlaw.com
              Robert D. Barr    barr-trustee@koehler.law,    rdb@trustesolutions.net
              Stephen R. Franks    on behalf of Creditor    Bank of America, NA amps@manleydeas.com
              Steven  Emery    on behalf of Debtor Saleem  Muhammad semery@ohiolegalclinic.com,
               rausermail@ohiolegalclinic.com;nkrenisky@ohiolegalclinic.com;rauserlaw@gmail.com;rauser@bestclien
               tinc.com;rauserandassociates@gmail.com;rauserecfmail@gmail.com;AuteroBR51159@notify.bestcase.com;
               Rauser_BestClient@mai
                                                                                             TOTAL: 4
```

IT IS SO ORDERED.

Dated: 24 June, 2019 11:18 AM



JESSICA E. PRICE SMITH
UNITED STATES BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| In re: | Case No.: 19-11925 |
| Saleem Muhammad AKA Robert Robinson | Chapter 7 |
| | Judge Jessica E. Price Smith |
| Debtor(s). | * * * * * * * * * * * * * * * * *<br>**ORDER GRANTING MOTION FOR RELIEF FROM STAY AND ABANDONMENT (FIRST LIEN) (DOCKET NO. 18)** |
| | 2017 Dodge Journey<br>VIN# 3C4PDCAB6HT559068 |

This matter came to be considered on the Motion for Relief from Stay and Abandonment (the "Motion") filed by Bank of America, N.A. ("Creditor") (Docket 18). Creditor has alleged that good cause for granting the Motion exists, and that Saleem Muhammad AKA Robert Robinson ("Debtor"), the Chapter 7 Trustee, and all other necessary parties were served with the Motion and with notice of the hearing date of the Motion. No party filed a response or otherwise

19-017566_EJS1

appeared in opposition to the Motion, or all responses have been withdrawn. For these reasons, it is appropriate to grant the relief requested.

IT IS, THEREFORE, ORDERED that the Motion is granted. The automatic stay imposed by § 362 of the Bankruptcy Code is terminated with respect to the Creditor, its successors and assigns.

IT IS FURTHER ORDERED that the Chapter 7 Trustee is authorized and directed to abandon the property described as 2017 Dodge Journey, VIN# 3C4PDCAB6HT559068.

### ###

**SUBMITTED BY**:

/s/Stephen R. Franks
Stephen R. Franks (0075345)
Edward H. Cahill (0088985)
Adam B. Hall (0088234)
John R. Cummins (0036811)
Karina Velter (94781)
Sarah E. Barngrover (28840-64)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH 43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Stephen R. Franks.
Contact email is srfranks@manleydeas.com

Copies to:

   Office of U.S. Trustee, Northern District of Ohio, Party of Interest, (Registered address)@usdoj.gov

   Robert D. Barr, Chapter 7 Trustee, rbarr@dsb-law.com(notified by ecf)

   Steven Emery, Attorney for Saleem Muhammad AKA Robert Robinson, semery@ohiolegalclinic.com(notified by ecf)

Saleem Muhammad AKA Robert Robinson, PO Box 28534, Cleveland, OH  44128
(notified by regular US Mail)

Saleem Muhammad, 15318 Judson Dr, Cleveland, OH  44128
(notified by regular US Mail)